UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60503-CIV-ALTMAN

**EDUARDO GARCIA**,

    *Plaintiff*,

v.

**HEALTHCARE REVENUE RECOVERY GROUP, LLC**,

    *Defendant*.

_____/

## **ORDER**

On April 13, 2021, this Court ordered the parties to file a joint notice of settlement (or non-settlement) by **April 27, 2021**. *See* Order [ECF No. 10]. As of this writing, the parties have neither complied with that order nor asked for more time.

To better manage the orderly progress of this case, the Court hereby **ORDERS** the parties to file a notice by **April 30, 2021**. Failure to comply with this Order may result sanctions (including dismissal).

**DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of April 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record