UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-60503-RKA

EDUARDO GARCIA,

    PLAINTIFF,

V.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC.,

    DEFENDANTS.
_____/

## JOINT NOTICE OF NON-SETTLEMENT

COMES NOW, Plaintiff, Eduardo Garcia, and Defendant, Healthcare Revenue Recovery Group, LLC (collectively the "Parties"), pursuant to this Court's Order [DE 13], by and through their undersigned counsel, hereby notify the Court that they have not reached a resolution in the above-captioned matter.

Dated this **30th** day of **April 2021**.

| | |
|---|---|
| /s/*Jibrael S. Hindi* | /s/ *Ernest H. Kohlmyer, III* |
| Jibrael S. Hindi, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 118259 | Florida Bar No. 110108 |
| jibrael@jibraellaw.com | Skohlmyer@shepardfirm.com |
| /s/ Thomas J. Patti | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Florida Bar No. 118377 | 2300 Maitland Center Parkway, Suite 100 |
| tom@jibraellaw.com | Maitland, Florida 32751 |
| The Law Offices of Jibrael S. Hindi | Telephone (407) 622-1772 |
| 110 SE 6th Street, Suite 1744 | Facsimile (407) 622-1884 |
| Fort Lauderdale, Florida 33301 | *Attorneys for Defendant*, *Healthcare* |
| Telephone: 954-907-1136 | *Revenue Recovery Group, LLC* |
| Facsimile: 855-529-9540 | |
| Attorneys for Plaintiff | |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **April 30, 2021,** via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com; Thomas J. Patti, Esquire at tom@ jibraellaw.com; Paul Herman at paul@consumeradvocatelaw.com; Joel A. Brown, Esquire at joel.brown@friedmanandbrown.com *(Attorneys for Plaintiff)*.

>   */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III
> Florida Bar No.: 110108
> skohlmyer@Shepardfirm.com
> Shepard, Smith, Kohlmyer & Hand, P.A.
> 2300 Maitland Center Parkway, Suite 100
> Maitland, FL  32751
> Phone: (407) 622-1772
> Fax: (407) 622-1884
> *Attorneys for Defendant, Healthcare*
> *Revenue Recovery Group, LLC*