UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60503-CIV-ALTMAN/Hunt

EDUARDO GARCIA,

    *Plaintiff*,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    *Defendant*.

_____/

## ORDER

The Court held a status conference in this matter on June 9, 2021. During the hearing, the parties represented that they are nearing a settlement. Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. This case is **STAYED**. The case shall be **CLOSED** for administrative purposes. Any pending motions are **DENIED** as moot. All pending hearings and deadlines are **TERMINATED**.

2. By **July 9, 2021**, the parties shall file a Notice of Settlement (or Non-Settlement), indicating whether the parties have settled this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of June 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record