UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-60503-RKA

EDUARDO GARCIA,

    PLAINTIFF,

V.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC.,

    DEFENDANTS.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Eduardo Garcia, and Defendant, Healthcare Revenue Recovery Group, LLC. (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and would represent to the Court that this action has been resolved and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **11th day of August 2021.**

| | |
|---|---|
| */s/Jibrael S. Hindi* | */s/ Ernest H. Kohlmyer, III* |
| Jibrael S. Hindi, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 118259 | Florida Bar No. 110108 |
| jibrael@jibraellaw.com | Skohlmyer@shepardfirm.com |
| Thomas J. Patti , Esquire | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Florida Bar No.: 118377 | 2300 Maitland Center Parkway, Suite 100 |
| tom@jibraellaw.com | Maitland, Florida 32751 |
| The Law Offices of Jibrael S. Hindi | Telephone (407) 622-1772 |
| 110 SE 6th Street, Suite 1744 | Facsimile (407) 622-1884 |
| Fort Lauderdale, Florida 33301 | *Attorneys for Defendant, HRRG* |
| Telephone: 954-907-1136 | |
| Facsimile: 855-529-9540 | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **August 11, 2021,** via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com; Thomas J. Patti, Esquire at tom@ jibraellaw.com; Paul Herman at paul@consumeradvocatelaw.com; Joel A. Brown, Esquire at joel.brown@friedmanandbrown.com *(Attorneys for Plaintiff)*.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@Shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL  32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*