UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-60503-RKA

EDUARDO GARCIA,

    PLAINTIFF,

V.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC.,

    DEFENDANTS.
_____/

## NOTICE OF STRIKING [DE 22]

COMES NOW, the undersigned for Defendant, Healthcare Revenue Recovery Group, LLC., and submits the Notice of Striking DE [22], due to a typo in the filer's signature block.

Dated this **11th day of August 2021.**

    */s/ Ernest H. Kohlmyer, III*
    Ernest H. Kohlmyer, III, Esquire
    Florida Bar No. 110108
    Skohlmyer@shepardfirm.com
    Shepard, Smith, Kohlmyer & Hand, P.A.
    2300 Maitland Center Parkway, Suite 100
    Maitland, Florida 32751
    Telephone (407) 622-1772
    Facsimile (407) 622-1884
    *Attorneys for Defendant, HRRG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **August 11, 2021,** via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com; Thomas J. Patti, Esquire at tom@jibraellaw.com; Paul Herman at paul@consumeradvocatelaw.com; Joel A. Brown, Esquire at joel.brown@friedmanandbrown.com *(Attorneys for Plaintiff)*.

>  */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III
> Florida Bar No.: 110108
> skohlmyer@Shepardfirm.com
> Shepard, Smith, Kohlmyer & Hand, P.A.
> 2300 Maitland Center Parkway, Suite 100
> Maitland, FL  32751
> Phone: (407) 622-1772
> Fax: (407) 622-1884
> *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*