**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60503-CIV-ALTMAN/Hunt**

**EDUARDO GARCIA,**

     *Plaintiff,*

*v.*

**HEALTHCARE REVENUE**
**RECOVERY GROUP, LLC,**

     *Defendant.*

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Joint Stipulation of Dismissal [ECF No. 24] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This action shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 31st day of August 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record